UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN A. GAEDCKE,<br><br>Plaintiff,<br><br>v.<br><br>NOET LOGISTICS, LLC, and DEVONTE MARCUS, an individual,<br><br>Defendants. | Case No. 1:24-cv-00595-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco on December 2, 2025 (Dkt. 25), in which Judge Patricco recommended that the Court grant Plaintiff Shawn A. Gaedcke's Motion for Leave to File Second Amended Complaint (Dkt. 19). The Court will adopt the Report and Recommendation in its entirety.

    Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) (C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*. The district court may accept, reject, or modify in whole or in part, the

MEMORANDUM DECISION AND ORDER - 1

findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R. Civ. P. 72(b).

Here, the deadline for the parties to file objections to the Report and Recommendation was December 16, 2025. Dkt. 25. No objections to the Report and Recommendation were filed and the time for doing so has passed. The Court has reviewed the Report and Recommendation, the filings, and the entire record in this matter. Based upon this review, the Court finds Judge Patricco has correctly decided the Motion, as reflected in the Report and Recommendation.

## ORDER

**IT IS ORDERED:**

The Report and Recommendation entered on December 2, 2025 (Dkt. 25) is INCORPORATED and ADOPTED in its entirety.



DATED: December 17, 2025

_____
B. Lynn Winmill
U.S. District Court Judge