UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN A. GAEDCKE,<br><br>Plaintiff,<br><br>v.<br><br>NOET LOGISTICS, LLC,<br>DEVONTE MARCUS, an individual,<br>and INDEMNITY INSURANCE CO.<br>OF NORTH AMERICA,<br><br>Defendants. | Case No. 1:24-cv-00595-BLW-REP<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

This matter is before the Court on Report and Recommendation issued by United States Magistrate Judge Raymond E. Patricco. *See* Dkt. 43. Judge Patricco recommended that the Court grant the motion to dismiss made by Defendant Indemnity Insurance Co. of North America ("Indemnity"). The Court will adopt the Report & Recommendation in its entirety and dismiss all claims asserted against Indemnity without prejudice.

**STANDARD OF REIVEW**

Under 28 U.S.C. § 636(b)(1)(C), this Court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." Where the parties object to a report and recommendation, this Court "shall make a de novo determination of those portions of the report which objection is made." *Id*. Where,

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

however, no objections are filed the district court need not conduct a de novo review. To the extent that no objections are made, arguments to contrary are waived, and "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

## DISCUSSION

The relevant factual and procedural background are properly articulated in the Report and Recommendation and are incorporated into this order. *See* Dkt. 43. Judge Patricco recommends that the claims asserted against Indemnity in Plaintiff's Second Amended Complaint be dismissed without prejudice because Plaintiff's claim for declaratory relief against Indemnity is barred by Idaho's no-direct-action rule. This rule generally prohibits an injured third party from bringing suit directly against a tortfeasor's liability insurer absent statutory or contractual authorization. *See Brooksby v. GEICO Gen. Ins. Co.*, 286 P.3d 182, 184-85 (Idaho 2012). No objections to the Report and Recommendation were filed.

The Court has reviewed the entire Report and Recommendation and the record in this matter for clear error on the face of the record and finds none. The Magistrate Judge articulated and applied the correct standard of law, and this Court agrees with his analysis that dismissal without prejudice is proper under Federal Rule of Civil Procedure 12(b)(1),

based on Plaintiff's lack of standing. Accordingly, the Court will adopt the Report and

Recommendation in its entirety.

**IT IS ORDERED that**:

1.     The Report and Recommendation (Dkt. 43) is **ADOPTED IN ITS**

**ENTIRETY** as the order of the Court.

2.     Defendant Indemnity's Motion to Dismiss is **GRANTED**.

3.     All claims Plaintiff asserts against Defendant Indemnity are **DISMISSED**

**WITHOUT PREJUDICE**.


DATED: July 16, 2026

B. Lynn Winmill
U.S. District Court Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION - 3**